# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

JASHANPREET SINGH,                        )
                                          )
        Petitioner,                       )
                                          )
v.                                        )    Case No. CIV-26-1171-J
                                          )
MARKWAYNE MULLIN, et al.,                 )
                                          )
        Respondents.                      )

## ORDER

Petitioner filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 challenging his detention with Immigration and Customs Enforcement. [Doc. No. 1]. While the case was proceeding, Petitioner requested voluntary departure and has now departed the United States. [Doc. Nos. 12–13]. In light of Petitioner's voluntary departure from the United States, the Court FINDS the Petition MOOT and terminates the action.

IT IS SO ORDERED this 9th day of July, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE